**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jonathan Israel SANCHEZ–VENEGAS,**
**Defendant–Appellant.**

**No. 10–50581.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 21, 2012.*

Filed Feb. 24, 2012.

Sara J. O'Connell, Assistant U.S., U.S. Department of Justice, Bruce R. Castetter,

Assistant U.S., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Charles Guthrie, Atlanta, GA, for Defendant–Appellant.

Jonathan Israel Sanchez–Venegas, San Diego, CA, pro se.

Before: FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

MEMORANDUM **

Jonathan Israel Sanchez–Venegas appeals from his guilty-plea conviction and 70–month sentence for attempted entry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Sanchez–Venegas's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.